Date: 12/08/09

R#14955

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-16393 - CARTE, DAVID S

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **EMH Regional Healthcare System**<br>PO Box 931677<br>Cleveland, OH 44193-1787 | 000003 | 100.00 | 2.70 |
| **Gregory Diedrich**<br>5064 Waterford Dr.<br>Sheffield Village, OH 44035 | 000009 | 131.00 | 3.53 |
| **Division of Water**<br>PO Box 94540<br>Cleveland, OH 44101-4540<br>   (15-1) unpaid compensation for<br>services performed 6/19/08-8/20/08<br>(15-1) alaisaj_richardson@clevelandwater.com 01186797005-3 | 000015 | 51.76 | 1.41 |
| ---------- Remittance Total -------------- | | 282.76 | 7.64 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
09 DEC 21 PM 2:18