R #14955

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-16393 - CARTE, DAVID S

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| EMH Regional Healthcare System<br>PO Box 931677<br>Cleveland, OH 44193-1787 | 000003 | 100.00 | 2.70 |
| Gregory Diedrich<br>5064 Waterford Dr.<br>Sheffield Village, OH 44035 | 000009 | 131.00 | 3.53 |
| Division of Water<br>PO Box 94540<br>Cleveland, OH 44101-4540<br>　(15-1) unpaid compensation for services performed 6/19/08-8/20/08<br>　(15-1) alaisaj_richardson@clevelandwater.com 01186797005-3 | 000015 | 51.76 | 1.41 |

---------- Remittance Total ---------------          282.76          7.64

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 09 DEC 21 PM 2:18 CLERK US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND